# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

| | | |
|---|---|---|
| MICHAEL EVANS, *et al.*, | : | Case No. 1:18-cv-33 |
| Plaintiffs, | : | Judge Timothy S. Black |
| vs. | : | |
| COLERAIN RV, | : | |
| Defendant. | : | |

## ORDER

This civil action is before the Court on the Plaintiffs' unopposed motion to drop Plaintiff Myron Terlecky from this action. (Doc. 27). Pursuant to Fed. R. Civ. P. 21, a district court may "at any time, on just terms, add or drop a party." Upon review of Plaintiffs' motion, the Court finds that Plaintiff Terlecky no longer has an interest in this litigation and that dropping Plaintiff Terlecky as a party is just. Moreover, Defendant's lack of objection to the motion "coupled with the considerable discretion afforded to judges via Federal Rule of Civil Procedure 21," *Little Realty Co., LLC v. PVR Utica Gas Gathering, LLC*, No. 2:16-CV-00177, 2018 WL 3105951, at *3 (S.D. Ohio June 25, 2018), supports granting the motion. Accordingly, Plaintiffs motion (Doc. 27) is **GRANTED** and Plaintiff Terlecky is dropped as a party in this action.

**IT IS SO ORDERED.**

Date: 5/13/19

Timothy S. Black
United States District Judge