UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| MICHAEL EVANS and <br> DIANE MASSIHNIA, individually and <br> on behalf of others similarly situated, <br><br> Plaintiffs, <br><br> vs. <br><br> COLERAIN RV, dba Colerain Trailer <br> Center, Inc., et al., <br><br> Defendants. | CASE NO. 1:18-cv-00033 <br><br> MATTHEW W. McFARLAND, Judge |

### JOINT MOTION FOR FINAL APPROVAL OF PARTIES' SETTLEMENT AND DISMISSAL WITH PREJUDICE

Named Plaintiffs, Michael Evans and Diane Massihnia ("Plaintiffs"), individually and on behalf of others similarly situated and Defendant, Colerain RV d/b/a Colerain Trailer Center, Inc. ("Defendant"), collectively "the Parties", by and through their undersigned counsel, jointly move this Court for final approval of their settlement of this class and collective action for overtime compensation under the Fair Labor Standards Act of 1938, 29 U.S.C. §201 *et seq.* ("FLSA") and Ohio law, O.R.C. §4111.03 and approval of the individual settlement agreements for Named Plaintiffs, Michael Evans and Diane Massihnia.  The Parties respectfully submit that the terms of settlement are fair, reasonable, and resolve *bona* fide dispute between the Parties with respect to liability and damages.  The Parties respectfully request the entry of a final order approving the Parties' Settlement Agreement (the "Settlement Agreement") in this matter and dismissing this action with prejudice.  In support of this joint motion, the parties state as follows:

1. The parties entered into a Settlement Agreement on or about February 5, 2020. [Dkt. 37]
2. On February 14, 2020, Defendant, by counsel, provided the required Notice of Proposed

Class Action Settlement Pursuant to 28 U.S.C. §1715 (Class Action Fairness Act of 2005), to the United States Attorney General, Indiana Attorney General and Ohio Attorney General.

3. On March 4, 2020, this Court entered its Order Granting Joint Motion to Preliminarily Approve Settlement, Certify FLSA and Rules 23 Classes, Appoint Class Counsel, Approve Notice and Schedule Final Hearing. [Dkt. 38]

4. As outlined in the parties' Settlement Agreement, any objection or request for exclusion from the Settlement was due within 45-days of the Court's Order Preliminarily Approving the parties' Settlement or no later than April 20, 2020.  As of the date of this motion, neither Plaintiffs, Defendant, nor their respective counsel have received any such objection or request for exclusion.

5. As set forth in the Parties' supporting memorandum filed contemporaneously herewith, the parties nor their counsel know of any reason why this Court should not enter a final order approving the Settlement and dismissing this action.  A proposed Final Order of Dismissal with Prejudice has been submitted for the Court's consideration.

6. Entry of the parties' Final Order of Dismissal with Prejudice, concluding this action, is fair, just, reasonable and appropriate under the circumstances of this case, and neither party knows of any reason why the proposed Final Order of Dismissal with Prejudice should not be entered by the Court at this time.

7. The Parties respectfully request that Court retain jurisdiction of the case after dismissal for the purpose of resolving any issues regarding the terms and conditions of the Settlement Agreement.

WHEREFORE, Plaintiffs, Michael Evans and Diane Massihnia ("Plaintiffs"), individually and on behalf of others similarly situated and Defendant, Colerain RV d/b/a Colerain Trailer Center, Inc. ("Defendant"),  (collectively "the Parties"), by their or its respective attorneys, respectfully request that this Court grant final approval of the parties' Settlement Agreement, enter an order dismissing this action with prejudice and for all other just and equitable relief.

Dated:  June 1, 2020

Respectfully submitted,

| | |
|---|---|
| /s/*Jeffrey B. Halbert (with permission)* | /s/ *Ted L. Wills* |
| Gregory W. Guevara | Ted L. Wills |
| Ohio Bar No. 0067269 | 120 East Fourth Street, Suite 304 |
| Bose McKinney & Evans LLP | Cincinnati, OH 45202 |
| 111 Monument Circle, Suite 2700 | (513) 721-5707 |
| Indianapolis, Indiana 46204 | TedLWills@aol.com |
| Direct dial: (317) 684-5257 | |
| gguevara@boselaw.com | *Attorney for Plaintiffs* |

Jeffrey B. Halbert (PHV)
Ind. Atty. No. 22727-49
Direct dial: (317) 684-5247
jhalbert@boselaw.com

Philip R. Zimmerly (PHV)
Ind. Atty. No. 30217-06
Direct dial: (317) 684-5116
pzimmerly@boselaw.com

*Attorneys for Defendants, Colerain Holdings, LLC,*
*Colerain Trailer Center, LLC, Colerain RV of Dayton, LLC,*
*Colerain RV at Alum Creek, LLC, and Colerain RV of Indianapolis, LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on June 1, 2020, a copy of the foregoing "**JOINT MOTION FOR FINAL APPROVAL OF THE PARTIES' SETTLEMENT AND DISMISSAL WITH PREJUDICE**" and supporting documents was filed electronically. Notice of this filing will be sent to all parties of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's CM/ECF system.

/s/*Ted L. Wills*
Ted L. Wills (0059473)

3857630_1