IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION – CINCINNATI

| | | |
|---|---|---|
| MICHAEL EVANS, et al., | : | Case No. 1:18-cv-33 |
| | : | |
| Plaintiffs, | : | Judge Matthew W. McFarland |
| | : | |
| v. | : | |
| | : | |
| COLERAIN RV, | : | |
| | : | |
| Defendant. | : | |
| | : | |

**ORDER GRANTING FINAL APPROVAL OF SETTLEMENT**

This matter is before the Court on the Joint Motion for Final Approval of Parties' Settlement and Dismissal with Prejudice (Doc. 39). On June 8, 2020, the Court held a hearing on the Joint Motion, at which the parties reported on the status of the settlement process and presented argument in favor of final approval. The Court, having considered all the points raised in the Joint Motion, finds them to be well taken.

Accordingly, the Court hereby:

1. **FINDS** that the parties have complied with all applicable legal requirements regarding notice to class members;

2. **ORDERS** final approval of the Release of Claims and Settlement Agreement (Doc. 37-1, PID# 506-56);

3. **ORDERS** final approval of Named Plaintiff Michael Evans Settlement Agreement and Release (Doc. 37-1, PID# 557-63);

4. **ORDERS** final approval of Named Plaintiff Diane Massihnia Settlement Agreement and Release (Doc. 37-1, PID# 564-70);

5. **ORDERS** that the parties shall consummate settlement by proceeding with the remaining steps set out in the Release of Claims and Settlement Agreement;

6. **ORDERS** dismissal of the case with prejudice; and

7. **RETAINS JURISDICTION** for the purpose of resolving any issues regarding the terms and conditions of the Settlement Agreement.

**IT IS SO ORDERED.**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO

By: _____
JUDGE MATTHEW W. McFARLAND